UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES—GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV 22-03053-DMG (MAAx) | Date | March 15, 2024 |
| Title | *Cameron Fletcher v. Triple B Corporation, et al.* | Page | 1 of 1 |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Gabby Garcia | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Joanna Ghosh | Evelyn Wang |
| Selena Matavosian | |

**Proceedings:** PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION AND PAGA SETTLEMENT [26]

The cause is called and counsel state their appearance. The Court defers ruling on the motion for preliminary approval of the class settlement. By **April 5, 2024**, the parties shall provide the Court with a supplemental evidentiary filing explaining why this is a sufficiently cohesive Class that should be preliminarily approved for settlement purposes, and why Fletcher's and Wilson's claims are typical of all Class Members such that they are adequate class representatives for putative class members in a multitude of seemingly divergent job classifications. The filing should explain what uniform policies and/or practices by Defendant unite the putative class members and what information pertinent to all of them was used to calculate the value of Plaintiffs' claims. Thereafter, the Court will set a further hearing on the motion for preliminary approval.

0:13