UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| Case No. | CV 22-03053-DMG(MAAx) | Date | December 6, 2024 |
|---|---|---|---|
| Title | *Cameron Fletcher v. Triple B Corporation, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| Derek Davis | Terri Hourigan |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Joanna Ghosh | Evelyn Wang |
| Selena Matavosian | |

**Proceedings: Final Approval Hearing**

**Motion for Attorney Fees Service Awards, and Administrative Costs filed by Plaintiffs Katrina Wilson, Cameron Fletcher [43]**

**Motion for Settlement Approval of Motion for Final Approval of Class Action and PAGA Settlement filed by Plaintiff Cameron Fletcher. [44]**

The cause is called and counsel state their appearance. The motions are granted, and a written order will issue.

0:08